CHARLES F. KESTER (SBN 157763)
*charles@delaneykester.com*
DELANEY KESTER LLP
4505 Las Virgenes Road, Suite 203
Calabasas, California 91302
Tel.: (818) 974-8627  Fax: (818) 914-6911

Attorneys for Plaintiff Tricia Mullins


MAZDA K. ANTIA (SBN 214963)
*mantia@cooley.com*
MEGAL L. DONOHUE (SBN 266147)
*mdonohue@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
Tel.: (858) 550-6000  Fax: (858) 550-6420

Attorneys for Defendant Horizon Pharma USA, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA MULLINS, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HORIZON PHARMA USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 18cv399-BAS (NLS)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.] |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Tricia Mullins ("Plaintiff"), by and through her counsel of record, hereby dismisses the above action with prejudice in its entirety. Defendant Horizon Pharma USA, Inc. ("Horizon"), by and through its counsel of record, hereby stipulates to Plaintiff's dismissal. Plaintiff and Horizon each agree to bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO STIPULATED.

DATED: May 15, 2019

DELANEY KESTER LLP
CHARLES F. KESTER

By: _____/s/ *Charles F. Kester*_____
       Charles F. Kester

Attorneys for Plaintiff Tricia Mullins

DATED: May 15, 2019

COOLEY LLP
MAZDA K. ANTIA
MEGAN L. DONOHUE

By: _____/s/ *Mazda K. Antia*_____
       Mazda K. Antia

Attorneys for Defendant Horizon Pharma USA, Inc.