# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA MULLINS,<br><br>                      Plaintiff,<br><br>   v.<br><br>HORIZON PHARMA USA, INC. *et al.*,<br><br>                      Defendants. | Case No. 18-cv-399-BAS-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 26] |

Presently before the Court is the Parties' Stipulation for Dismissal of Action with Prejudice. (ECF No. 26.) The Parties have stipulated to dismiss this action in its entirety with prejudice.[1] Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, each party is to bear its own costs and attorneys' fees. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: May 17, 2019**

Hon. Cynthia Bashant
United States District Judge

---

[1] Per the local rules, any stipulation must first be filed as a joint motion. Civ. L. R. 7.2. The Court construes the stipulation as a joint motion.

– 1 –